RECEIVED

NOV 09 2017

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Verretta D. Strickland Plaintiff(s),

vs.

Minnesota AFL-CIO
Shar Knutson
Steve Hunter
Brad Lehto Lehto    Defendant(s).

(Enter the full name(s) of ALL plaintiffs
and defendants in this lawsuit. Please
attach additional sheets if necessary.)

Case No. 17-Cv-5071 SRN/BRT
(To be assigned by Clerk of District
Court)

DEMAND FOR JURY
TRIAL
YES ☐    NO ☒

## EMPLOYMENT DISCRIMINATION COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name Verretta D. Strickland

   Street Address
   1990 foxRidge Road
   County, City
   Ramsey Co, Saint Paul
   State & Zip Code
   Minnesota 55119
   Telephone Number
   (651)238-4970

2. List all defendants. You should state the full name of the defendant, even if that defendant is
   a government agency, an organization, a corporation, or an individual. Include the address

SCANNED

NOV 09 2017

U.S. DISTRICT COURT ST. PAUL

where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name Shar Knutson

Street Address 755 Parkview Ave.

County, City Saint Paul, MN 55117

State & Zip Code MN 55117

b. Defendant No. 2

Name Steve Hunter

Street Address 6775 fremont Lane

County, City Woodbury

State & Zip Code MN 55125

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER. Check here if additional sheets of paper are attached:☒ Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3. This employment discrimination lawsuit is based on (check only those that apply):

a. ☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b. ☒ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In*

2

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. ☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. ☐ Other (Please describe.)

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred: N/A

   (Street Address)          (City/County)          (State)          (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

   Over a six year period. November 2009 to termination Date 10/12/2015

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

   a. ☒ Yes      Date filed: 09/05/2015 latest
   
   b. ☐ No                   05/8/2014

7. Have you received a Notice of Right-to-Sue Letter? yes

3

a. ☒ Yes        If yes, please attach a copy of the letter to this complaint.

b. ☐ No

NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

a. ☐ Failure to hire me

b. ☒ Termination of my employment

c. ☐ Failure to promote me

d. ☒ Failure to accommodate my disability

e. ☒ Terms and conditions of employment differ from those of similar employees

f. ☒ Retaliation

g. ☒ Harassment

h. ☐ Other conduct (please specify):

i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

☒ Yes  ☐ No

9. I believe that I was discriminated against because of my (check all that apply):

a. ☒ Race

b. ☐ Religion

c. ☐ National origin

4

d. ☒ Color

e. ☐ Gender

f. ☒ Disability

g. ☒ Age (my birth year is: 1961 )

h. ☐ Other (please specify):

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☒ Yes    ☐ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10. Defendants violated my rights under various federal employment discrimination laws throughout the last six years of employment prior to terminating me while out on disability sick leave.

11. Defendants retaliated against me for filing a previous complaint of discrimination with the EEOC leading up to my termination, refusing to allow me to reach the proper age for retirement to secure Union contract annual raise and backpay from May 01st 2014 to Oct 12th 2015. My intake file was May 08/2014

12. Defendants repeatedly harassed me during my employment publicly and failed to recognize and aid me during my illness/disability.

13. Defendants begin their attacks on me because of my race quickly upon the hiring of then in-coming President Shar Knuston who I believed order and instructed

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Requesting to be made whole with Back pay, Retirement Health Care and Seeking Jobs back with all additional relief to which I am entitled awarded by Judge

Date: November 9th 2017 _____
Signature of Plaintiff

Mailing Address
1990 Foxridge Road
St. Paul, MN 55119

Telephone Number
(651) 238-4970

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

6

#2. Addresses Defendant No. 3

C. Brad Lehto
2001 Wheeler Street North
Roseville, MN 55113
(657) 261-0034

14. Overall, the Employer disciplined and Retaliated against me because I engaged in protected Concerted activities by Protesting terms and conditions of my employment in order to discourage me from engaging in protected Concerted activities. Within my last six years of employment My Employer failed and refused to bargain in good faith with the Union as I was the Union Steward for my bargaining Union (OPEIU Local 12) as the voted collective bargaining Representative of the employees by making Unilateral Changes in terms and Conditions of Employment.

15. My Employer fired me Unwarranted, frequently harassed, Verbally abused and publicly discipline me without cause, denied me Opportunity to advance, accused me of Cheating on my time Card, Causing Stress, Pain and Suffering, and major illnesss over a Six year period Prior to my last year before I can retiree with full benefits Shark Knustn fired me one day before she retireed from her Position, I Requested help from my Union, who Refused me abritration and after filing with Human Rights the MN AFL-CIO Retaliated against and fired me - Unwarranted

116. Each Defendant shared in the harassment, Retaliation and termination equally all taking part within the last six month of the Abouse. President Shae Knustan was instrumental from her hired date of November 1st 2009, with Brad carring out most of her unwarrented Abouse

[signature] 11/09/2017