# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Verretta D. Strickland,  Civ. No. 17-5071 (SRN/BRT)

    Plaintiff,

v.

**ORDER**

Minnesota AFL-CIO, Shar Knutson, Steve Hunter, and Brad Lehto,

    Defendants.

---

Verretta D. Strickland, *pro se* Plaintiff.

Justin D. Cummins, Esq., Cummins & Cummins, PLLP, counsel for Defendants.

---

  The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated October 1, 2018. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

  **IT IS HEREBY ORDERED** that:

  1. Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 12) is **GRANTED IN PART** and **DENIED IN PART**. Any claims asserted against the individually named Defendants Shar Knutson, Steve Hunter, and Brad Lehto are dismissed. Plaintiff's claims for race/age/color discrimination and harassment are

dismissed. Plaintiff's claims for disability discrimination and retaliation against Defendant Minnesota AFL-CIO remain.

Date: November 15, 2018                                  s/Susan Richard Nelson
                                                         SUSAN RICHARD NELSON
                                                         United States District Judge